No. 11–866.  DOUTRE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–873.  STUCKY v. HAWAII DEPARTMENT OF EDUCATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–874.  SPENCER AD HOC EQUITY COMMITTEE v. IDEARC, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–878.  JACKSON v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 11–899.  CRAWFORD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–902.  CLIFFORD v. VILSACK, SECRETARY OF AGRICULTURE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–907.  PORCHAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–911.  HULS v. LLABONA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5395.  NICKERSON v. MOONEYHAM ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–5987.  FLOYD v. CAIN, WARDEN.  Crim. Dist. Ct. La., Orleans Parish.  Certiorari denied.

No. 11–6306.  BRANT-EPIGMELIO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6422.  TAM FUK YUK ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6501.  MITCHELL v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 11–6550.  PUCKETT v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.